IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00156-NYW

LAWRENCE RITCHIE,

    Plaintiff,

v.

THE GEO GROUP, INC. and
CITY OF AURORA,

    Defendants.

## ORDER OF RECUSAL

Magistrate Judge Nina Y. Wang

    Title 28 U.S.C. § 455(b) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

    Upon review of the file of this case, I conclude that I must recuse myself from further service in this case. Accordingly, **IT IS ORDERED** that:

(1)    I recuse myself from further service in this matter; and

(2)    The Clerk of the Court shall cause this case to be reassigned to another District Judge or Magistrate Judge.

DATED: February 20, 2020        BY THE COURT:

                                                          */s/ Nina Y. Wang*

2

_____
Nina Y. Wang
United States Magistrate Judge