## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00156-RBJ

LAWRENCE RITCHIE,

      Plaintiff,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [Doc. 32]

Plaintiff Lawrence Ritchie, by and through undersigned counsel, Olivia Kohrs and Danielle C. Jefferis of Novo Legal Group, L.L.C., hereby submits this Unopposed Motion for 14-Day Extension of Time for Plaintiff to Respond to Defendant GEO's Motion to Dismiss [Doc. 32], pursuant to D.C.Colo.LCivR 7.1(d). Undersigned counsel certifies that they have conferred with counsel for Defendant GEO Group, Inc. regarding this motion for an extension of time, and are authorized to state that Defendant GEO does not oppose this motion. In support of this Motion, Mr. Ritchie states as follows:

      1.      Mr. Ritchie filed his Complaint in this matter on January 17, 2020. [Doc. 1].

      2.      Pursuant to this Court's Practice Standards, all parties conferred in detail regarding both Defendant GEO Group and Defendant City of Aurora's intent to file Motions to Dismiss the original Complaint. Following this conferral, Mr. Ritchie filed an Unopposed Motion for Leave to Amend Complaint [Doc. 23] on May 5, 2020.

      3.      On May 6, 2020, this Court granted that Motion [Doc. 24], and on May 6, 2020,

Mr. Ritchie filed his Amended Complaint & Jury Demand. [Doc. 25].

  4. On May 27, 2020, Defendant City of Aurora [Doc. 26] and Defendant GEO [Doc. 27-1] both filed letters seeking permission from this Court to file Motions to Dismiss Plaintiff's Amended Complaint. On June 1, 2020, this Court entered a minute order granting Defendants permission to file their Motions to Dismiss but encouraging the parties "to do some more thinking and conferring first." [Doc. 28].

  5. The parties conferred following this order, and Mr. Ritchie filed an unopposed Motion for Leave to Amend Complaint [Doc. 29] on July 2, 2020, dismissing all claims against the City of Aurora, and dismissing two claims against Defendant GEO Group. The Court granted that Motion on July 6, 2020 [Doc. 30], and Mr. Ritchie filed his Second Amended Complaint on July 6, 2020. [Doc. 31].

  6. Defendant GEO Group filed a Motion to Dismiss Plaintiff's Second Amended Complaint on July 20, 2020. [Doc. 32]. Mr. Ritchie's current deadline to respond is August 10, 2020.

  7. Good cause to extend a deadline exists when the deadline cannot be met despite a party's diligent efforts. *Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001); *Colorado Visionary Academy v. Medtronic, Inc.*, 194 F.R.D. 684, 687 (D. Colo, 2000) ("The standard for 'good cause' is the diligence demonstrated by the moving party in attempting to meet the Court's deadlines.").

  8. Mr. Ritchie seeks this extension for good cause. This motion is not being made for the purpose of delay.

  9. Mr. Ritchie has been diligent in his preparation of his response to Defendant GEO's Motion to Dismiss. However, due, in part, to his incarceration out of state, and in part, to the

ongoing coronavirus pandemic, it has been difficult for counsel to contact Mr. Ritchie to fully and adequately consult with Mr. Ritchie to prepare the instant Motion. Additionally, a scheduling conference has not yet been set, and no party will be prejudiced by the granting of this Motion.

10.     Accordingly, based on the above good cause, Mr. Ritchie respectfully requests a 14-day extension to respond to Defendant GEO's Motion to Dismiss, extending the deadline to August 24, 2020.

Pursuant to D.C.Colo.LCivR 6.1(b), undersigned counsel have not sought any previous extensions of time to respond to the GEO Group's Motion to Dismiss [Doc. 32].

Pursuant to D.C.Colo.LCivR 6.1(c), undersigned counsel has served a copy of this motion contemporaneously on Mr. Ritchie.


Respectfully submitted this 5th day of August, 2020.

*s/ Olivia Kohrs*
Olivia Kohrs
Novo Legal Group, LLC
4280 Morrison Rd.
Denver, CO 80219
Telephone: (303) 335-0250
Email: olivia@novo-legal.com

*s/ Danielle C. Jefferis*
Danielle C. Jefferis, *Of Counsel*
Novo Legal Group, LLC
Denver, CO 80219
Telephone: (303) 335-0250
Email: danielle@novo-legal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification to the following recipients:

> Gordon Vaughan
> gvaughan@vaughandemuro.com
>
> *Counsel for Defendant GEO Group, Inc.*

I hereby certify that on August 5, 2020, I served the foregoing motion to Plaintiff via US Mail:

> Lawrence Ritchie
> [via US mail]
>
> *Plaintiff*

<u>*s/ Olivia Kohrs*</u>
Olivia Kohrs
