IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00156-RBJ

LAWRENCE RITCHIE,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lawrence Ritchie, by and through undersigned counsel, and Defendant The GEO Group, Inc., by and through undersigned counsel, hereby submit this Stipulation of Voluntary Dismissal with Prejudice of the above-captioned case against Defendant GEO Group pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs.

Respectfully submitted this 17th day of December, 2020.

                                            *s/ Olivia Kohrs*
                                            Olivia Kohrs
                                            Novo Legal Group, LLC
                                            4280 Morrison Rd.
                                            Denver, CO 80219
                                            T: 303-335-0250
                                            F: 303-296-4586
                                            E: olivia@novo-legal.com

                                            *s/ Danielle C. Jefferis*
                                            Danielle C. Jefferis, *Of Counsel*
                                            Novo Legal Group

4280 Morrison Rd.
Denver, CO 80219
T: 303-871-6155
E: danielle@novo-legal.com

*Attorneys for Plaintiff*

s/ Gordon Vaughan
Gordon Vaughan
Vaughan & DeMuro
111 South Tejon, Suite 545
Colorado Springs, CO 80903
T: 719-578-5500
F: 719-578-5504
E: gvaughan@vaughandemuro.com

*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification to the following recipients:

  Gordon Vaughan
  gvaughan@vaughandemuro.com

*Counsel for Defendant GEO Group, Inc.*

            *s/ Olivia Kohrs*

            Olivia Kohrs